**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FIL__   

05 APR 22 PM 1 4c

ROBERT R. DI   C'IO
CLERK, U.S. DI __ CT.
W.D. OF TN, MEMPHIS

ALLISON DEVANTE AND          )
JOREAL DEVANTE,              )
                             )
    Plaintiffs,              )
                             )
                             )
vs.                          )          Civil No. 04-2700 B V
                             )
                             )
LES BROWNLEE, SECRETARY OF THE )
UNITED STATES ARMY,          )
                             )
    Defendant.              )

---

### SCHEDULING ORDER

---

Pursuant to written notice, a scheduling conference was held April 21, 2005. Present were Javier M. Bailey, counsel for plaintiff, and Harriett M. Halmon, counsel for defendants. At the conference, the following dates were established as the final dates for:

1.    Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):  May 30, 2005

2.    Joining Parties:  June 30, 2005.

3.    Amending Pleadings:  June 30, 2005

4.    Initial Motions to Dismiss: July 29, 2005

5.    Completing All Discovery: October 28, 2005

    (a)    Document Production: October 28, 2005

    (b)    Deposition, Interrogatories, Requests for Admissions:  October 28, 2005

    (c)    Expert Witness Disclosures:

        (1)    Disclosure of Plaintiff's Rule 26 Expert: August 28, 2005



      (2)      Disclosure of Defendant's Rule 26 Expert: September 28, 2005

      (3)      Expert Witness Depositions: October 28, 2005

6.      Filing Dispositive Motions: December 30, 2005

This case is set for a non-jury trial, and the trial is expected to last 1-2 days. The pretrial order date, pretrial conference date, and the trial date will be set by the presiding judge.

The parties cannot assess whether this case is appropriate for ADR until some discovery has been conducted. The parties are ordered to notify the Court no later than August 31, 2005, if they believe ADR is appropriate.

The parties have not consented to trial before the magistrate judge.

This Order has been entered after consultation with the parties pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

**DIANE K. VESCOVO**
**UNITED STATES MAGISTRATE JUDGE**

Date: *April 21, 2005*

JAVIER M. BAILEY
Counsel for Plaintiff

HARRIETT MILLER HALMON
Assistant United States Attorney

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02700 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT