FILED BY ___ D.C.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 JUL 12 AM 8: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

**ALLISON DEVANTE**
**and JOREAL DEVANTE,**

**JUDGMENT IN A CIVIL CASE**

      Plaintiffs,

v.

**LES BROWNLEE, in his official**
**capacity as Secretary of the Army,**

**CASE NO: 2:04-2700-B**

      Defendant.

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion To Dismiss entered on July 7, 2005, this cause is hereby dismissed.

**APPROVED:**

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

July 11, 2005
Date

**THOMAS M. GOULD**

_____
Clerk of Court

_Earline Drayer_
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02700 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Javier M. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT